ORLO M. PARKER *v.* WINDSOR D. BOWEN.

May Term, 1924.

Present:   WATSON, C. J., POWERS, TAYLOR, SLACK, and BUTLER, JJ.

Opinion filed October 7, 1924.

ACTION OF TORT for malpractice.   Plea, general issue.   Trial by jury at the April Term, 1923, Windham County, *Moulton,* J., presiding.   Special verdict, and general verdict for plaintiff, and judgment rendered thereon.   The defendant excepted.   The opinion states the case.   *Reversed and remanded.*

*Warren R. Austin* and *Frank E. Barber* for the defendant.

*George H. Thompson* and *M. P. Maurice* for the plaintiff.

POWERS, J.   This is an action for malpractice brought by the husband of the plaintiff in *Parker* v. *Bowen,* ante p. 115.   It was tried below and heard here with that case, and involves the same questions.   For the reasons specified in our opinion in that case, judgment in this case is

*Reversed and cause remanded.*